No. D–847. IN RE DISBARMENT OF NIXON. It is ordered that Walter L. Nixon, Jr., of Biloxi, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–848. IN RE DISBARMENT OF WILLIAMS. It is ordered that Gerald Duane Williams, of Portland, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–1281. NGIRAINGAS ET AL. *v.* SANCHEZ ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 807.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 88–1400. FRANCHISE TAX BOARD OF CALIFORNIA ET AL. *v.* ALCAN ALUMINIUM LTD. ET AL. C. A. 7th Cir. [Certiorari granted, 490 U. S. 1019.] Motion of respondent Imperial Chemical Industries PLC to expunge representations of counsel made during oral argument denied.

No. 88–1897. MICHIGAN DEPARTMENT OF STATE POLICE ET AL. *v.* SITZ ET AL. Ct. App. Mich. [Certiorari granted, *ante*, p. 806.] Motion of Mothers Against Drunk Driving in Michigan for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–2018. ILLINOIS *v.* RODRIGUEZ. App. Ct. Ill., 1st Dist. [Certiorari granted, *ante*, p. 932.] Motion of respondent to supplement the record granted.

No. 88–7351. WALTON *v.* ARIZONA. Sup. Ct. Ariz. [Certiorari granted, *ante*, p. 808.] Motion of petitioner for additional time for oral argument denied.